1014

[No. 40174-6-II. Division Two. January 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES P. OSLAKOVIC, *Appellant*.

 *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 40314-5-II. Division Two. January 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM A. WEST, *Appellant*.

 *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 40747-7-II. Division Two. January 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYL ALAN BALL, *Appellant*.

 *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 28512-0-III. Division Three. January 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIEL OCAMPO, *Appellant*.

 *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J.